**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | CR05-00830-001-PCT-FJM |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| JAMES ROBERT MCGREGOR, ) | |
|     Defendant. ) | |

    The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his probation as alleged in the petition.

    IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger and the court finds by clear and convincing evidence that the defendant is a danger to the community.

    DATED this 22nd day of May, 2008.

_____
Mark E. Aspey
United States Magistrate Judge